**317**

CONCLUSION

We conclude that the decision of the Board was not arbitrary, capricious, or an abuse of discretion. The decision of the Board is therefore affirmed.

No costs.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and LOURIE, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Waheedat **SADIQ**, Petitioner,

v.

**DEPARTMENT OF the NAVY,** **Respondent.**

No. 2007–3190.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2007.

Jason C. Crump, Smith Graham & Crump, LLC, of Largo, Maryland, argued for petitioner.

Maame A.F. Ewusi–Mensah, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director. Of counsel on the brief was Isaac J. Natter, Assistant Counsel, Office of General Counsel, National Navel Medical Center, of Bethesda, Maryland.

Chester L. **KRAUSE**, Appellant,

v.

**KRAUSE PUBLICATIONS,** **INC., Appellee.**

No. 2007–1364.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2007.

John A. Clifford, Merchant & Gould P.C., of Minneapolis, Minnesota, argued for appellant. With him on the brief was Gregory C. Golla.

Brian G. Gilpin, Godfrey & Kahn, S.C., of Milwaukee, Wisconsin, argued for appellee. With him on the brief was Kristi J. Hinner.